JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SIERRA BROWN, | Case № 2:20-cv-00598-ODW (SKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UMG RECORDINGS, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants UMG Recordings, Inc., Interscope Geffen A&M Records, Inc., and Warner-Tamerlane Publishing Corp.'s ("Defendants") Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

August 31, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**